# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| THERON PRESTON WASHINGTON, | Civil No. 10-4938 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| ANOKA COUNTY JAIL, DEPUTY KOLLER, AND DEPUTY BOELTEL, | |
| Defendants. | |

_____

Theron Preston Washington, #15218-041, FCI- Butner, Post Office Box 1500, Butner, NC 27509, pro se plaintiff.

Thomas Haluska, **OFFICE OF THE ANOKA COUNTY ATTORNEY**, 2100 Third Avenue North, Anoka, MN 55303, for defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated May 2, 2012 [Docket No. 50]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment [Docket No. 33] is **GRANTED**;

2. The case is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 23, 2012
at Minneapolis, Minnesota                     ___   s/John R. Tunheim      _____
                                                   JOHN R. TUNHEIM
                                               United States District Judge